IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALCOHOLICS RESOCIALIZATION CONDITIONING HELP, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV481 |
| v. | ) ) | |
| CITY OF OMAHA, NEBRASKA, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to reschedule the Rule 26 telephone planning conference is granted.  The telephone conference is continued from December 5 to **December 7, 2006 at 9:30 a.m.**

Plaintiff's counsel shall initiate the call.

DATED this 11th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge