IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALCOHOLICS RESOCIALIZATION CONDITIONING HELP, INC., | CASE NO. 8:06cv481 |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF OMAHA, NEBRASKA, | |
| Defendant. | |

This matter is before the Court on Plaintiff, Alcoholics Resocialization Conditioning Help, Inc.'s ("ARCH") unopposed motion to extend the summary judgment deadline from May 1, 2007, to June 1, 2007.

IT IS ORDERED that ARCH's unopposed motion to extend the summary judgment deadline (filing No. 29) is granted **in part**. All summary judgment motions shall be filed on or before **May 18, 2007.**

Dated this 10th day of April, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge