## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALCOHOLICS RESOCIALIZATION CONDITIONING HELP, INC., <br><br>           Plaintiff, <br><br> v. <br><br> CITY OF OMAHA, NEBRASKA, <br><br>           Defendant. | CASE NO. 8:06cv481 <br><br> **ORDER GRANTING** UNOPPOSED MOTION TO ALTER DATES |

This matter is before the Court on Plaintiff, Alcoholics Resocialization Conditioning Help, Inc.'s ("ARCH") and Defendant, City of Omaha, Nebraska's ("City") motion to extend the summary judgment deadline from May 18, 2007, to May 25, 2007 (filing No. 39).  The Court has examined the Motion and, being fully advised, finds that the requested Order should be entered.

IT IS ORDERED, that the parties' motion to extend the summary judgment deadline (filing No. 39) is granted.  All summary judgment motions shall be filed on or before May 25, 2007.

Dated this 16th day of May, 2007.

                                                        BY THE COURT

                                                        s/ *David L. Piester*
                                                        David L. Piester
                                                        United States Magistrate Judge

Prepared and submitted by:

s/Allison D. Balus

Scott P. Moore (NE #20752)

Allison D. Balus (NE# 23270)

Baird Holm LLP

1500 Woodmen Tower

Omaha, NE  68102-2068

402-344-0500

402-344-0588 (facsimile)

spmoore@bairdholmm.com

abalus@bairdholm.com

*Attorneys for Plaintiff*

DOCS/789498.1