THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALCOHOLIC RESOCIALIZATION CONDITIONING HELP, INC., | ) ) ) | 8:06CV481 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| CITY OF OMAHA, NEBRASKA, | ) ) | |
| Defendant. | ) | |

After a telephone conference call with counsel in the above-captioned matter, and with counsels' agreement,

IT IS ORDERED:

1. Count I (discrimination on basis of disability) and Count II (reasonable accommodation) will be tried to a jury, and Count III (facial and as-applied discrimination challenge to certain provisions of City of Omaha's life safety code, including damages) will be tried to the court;

2. Subject to the criminal cases set before it, this case is set for trial beginning with jury selection on Wednesday morning, August 29, 2007, with the court recessing for the day at 12:00 noon. Counts I and II will then be tried to a jury commencing on Thursday, August 30, 2007, to be immediately followed by the bench trial on Count III. Counsel may continue the trials into the next calendar week, as needed, with both trials concluding no later than Friday, September 7, 2007.

August 14, 2007.

                                  BY THE COURT:
                                  s/ *Richard G. Kopf*
                                  United States District Judge