THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALCOHOLICS RESOCIALIZATION CONDITIONING HELP, INC., | ) ) ) | 8:06CV481 |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| vs. | ) ) | |
| CITY OF OMAHA, NEBRASKA, | ) ) | |
| Defendant. | ) | |

    Pursuant to Plaintiff's Motion to Dismiss (filing 66), defense counsel's representation that Defendant does not object to Plaintiff's motion, and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs.

    September 19, 2007.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge